IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

FILED
JAN 1 9 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Number 3:16CR 009 |
| | ) | |
| JAMES WILLIAM HILL III, | ) | 18 U.S.C. § 249 |
| | ) | Hate Crime Acts |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

JANUARY 2016 TERM – At Richmond

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Hate Crime Acts)

On or about May 22, 2015, in the Eastern District of Virginia and within the jurisdiction of this Court, JAMES WILLIAM HILL III did willfully cause bodily injury to C.T. by assaulting C.T., including by punching C.T., because of C.T.'s actual and perceived sexual orientation, namely that he is gay; and that, in connection with the offense, JAMES WILLIAM HILL III interfered with commercial and other economic activity in which C.T. was engaged at the time of the conduct, and which offense otherwise affected interstate and foreign commerce.

In violation of Title 18, United States Code, Section 249(a)(2).

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

[1]

DANA J. BOENTE
United States Attorney
Eastern District of Virginia

By: *S. David Schiller*
S. DAVID SCHILLER
Assistant United States Attorney

VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: *Ryan J. Murguia by SDS*
RYAN J. MURGUIA
Trial Attorney, Criminal Section
Civil Rights Division
U.S. Department of Justice

[2]