IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                              Criminal Action No. 3:16-cr-00009-JAG

JAMES WILLIAM HILL, III,
        Defendant.

## ORDER

This matter comes before the Court on the defendant's motion to dismiss the indictment. (Dk. No. 17.) For the reasons stated in the accompanying Opinion, the Court GRANTS the motion and DISMISSES the indictment.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 4/22/16
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge